# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CHARLES PEARCE,**
Reg. No. 02896-063                                                          **PLAINTIFF**

**V.**                       **CASE NO. 4:20-CV-1448-BRW-BD**

**USA,** *et al***.**                                                             **DEFENDANTS**

## ORDER

Plaintiff Charles motion tovoluntarily dismiss the claims raised in his complaint.

(Doc. No. 3) is GRANTED. Mr. Pearce's claims are DISMISSED, without prejudice.

IT IS SO ORDERED, this 4th day of January, 2021.

                                                                                      Billy Roy Wilson_____
                                                                                      UNITED STATES DISTRICT JUDGE