# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CHARLES PEARCE,**
Reg. No. 02896-063                                                                                  **PLAINTIFF**

**V.**                               **CASE NO. 4:20-CV-1448-BRW-BD**

**USA,** *et al.*                                                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 4th day of January, 2021.

                                              Billy Roy Wilson_____
                                              UNITED STATES DISTRICT JUDGE